Argued January 21, affirmed January 21, 1971

## STATE OF OREGON, *Respondent, v.*
## J. C. POWELL, *Appellant.*

479 P2d 254

*James R. Strickland,* Eugene, argued the cause for appellant. With him on the brief were Hansen, Curtis & Strickland, Eugene.

*James L. Carney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

## MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.